# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 2/21/2024 |
| Case: 24–00532–CL7 | Form ID: 309A | Total: 47 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Kanee Kamal Matloub | 9413 Winter Gardens Blvd, Apt 30 | Lakeside, CA 92040 | | |
| ust | United States Trustee | Office of the U.S. Trustee | 880 Front Street | Suite 3230 | San Diego, CA 92101 |
| tr | Leslie T. Gladstone | 5656 La Jolla Blvd., | La Jolla, CA 92037 | | |
| aty | Andy C. Warshaw | 1200 Main Street | Suite C | Irvine, CA 92614 | |
| smg | United States Trustee | Office of the U.S. Trustee | 880 Front Street | Suite 3230 | San Diego, CA 92101 |
| smg | Employment Develop. Dept., State of CA | Bankruptcy Unit – MIC 92E | P.O. Box 826880 | Sacramento, CA 94280 | |
| smg | Div. of Labor Standards Enforcement | 7575 Metropolitan Drive, Suite 210 | San Diego, CA 92108 | | |
| smg | California Department of Tax and Fee Administration | Account Information Group, MIC:29 | P.O. Box 942879 | Sacramento, CA 94279–0029 | |
| smg | Franchise Tax Board | Attn: Bankruptcy | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 15072549 | A.R.M. Solutions, Inc. | PO Box 2929 | Camarillo, CA 93011–2929 | | |
| 15072550 | Amal Corporation | 2275 Aslacia Ct. | San Diego, CA 92139 | | |
| 15072551 | Amal Corporation MVPM | dba Busy Boba 2275 Alsacia Court | San Diego, CA 92139 | | |
| 15072552 | Amal Corporation NC | 3500 West Magnolia Blvd. | Burbank, CA 91505 | | |
| 15072553 | Brown & Joseph, LLC | One Pierce Place, Suite 700W | Itasca, IL 60143 | | |
| 15072554 | California Department of Tax and Fee Adm | 15015 Avenue of Science STE 200 | San Diego, CA 92128 | | |
| 15072555 | Claudia Rosa C. Sotelo | 5500 Grossmont Center DR., #141 | La Mesa, CA 91942 | | |
| 15072556 | Cora Hart | 3884 Cornell Dr. | Oceanside, CA 92056 | | |
| 15072557 | Cox Communications | 7831 Glenroy Rd | Edina, MN 55439–3132 | | |
| 15072559 | EWH Escondido Associates, LP | 2049 Century Park East, 41st Floor | Los Angeles, CA 90067 | | |
| 15072558 | Enrique Sotelo | 2275 Alsacia Ct. | San Diego, CA 92139 | | |
| 15072560 | Faire | 100 Potrero Ave. | San Francisco, CA 94103 | | |
| 15072561 | Franchise Tax Board Bankruptcy Section | MS: A–340 PO Box 2952 | Sacramento, CA 95812–2952 | | |
| 15072562 | Grossmont Public Market | 5500 Grossmont Center Dr. | San Diego, CA 92139 | | |
| 15072563 | Jennifer Abbott | 2029 Monaco Court | El Cajon, CA 92019 | | |
| 15072564 | Joelle Rebmann | 917 Bridgeport Ct. | San Marcos, CA 92078 | | |
| 15072565 | Julyanna Pinheiro Roza | 2438 34th St. | San Diego, CA 92104 | | |
| 15072566 | Julyanna Roza | 2438 34th St. | San Diego, CA 92104 | | |
| 15072567 | Jumin Jim | 10555 Debreceni Way Unit 4 | San Diego, CA 92127 | | |
| 15072568 | Kristen Palumbo | 4924 Pine St. | La Mesa, CA 91942 | | |
| 15072569 | Maria Chen | 117 Hollow Tree | Irvine, CA 92618 | | |
| 15072570 | Mission Valley Shoppingtown LLC | 2049 Century Park East, 41st Floor | Los Angeles, CA 90067 | | |
| 15072571 | Monica Mora | 25008 Manzenita Lane | Descanso, CA 91916 | | |
| 15072572 | Nicole Ammon | 2566 Camino De Los Aves | Alpine, CA 91901 | | |
| 15072573 | Nicole DiRoberto | 27489 Paseo Lindero | San Juan Capistrano, CA 92675 | | |
| 15072574 | Rachel Luna Reese | 2574 Via Pisa | Del Mar, CA 92014 | | |
| 15072575 | Radius Global Solution | 7831 Glenroy Rd | Edina, MN 55439–3132 | | |
| 15072576 | Radius Global Solutions | Attn: Bankruptcy | 7831 Glenroy Rd | Ste 250 | Edina, MN 55439–3117 |
| 15072577 | Raffee Law Group | 11622 El Camino Real, Suite 100 | San Diego, CA 92130 | | |
| 15072578 | Rosa C. Sotelo | 2275 Alsacia Ct. | San Diego, CA 92139 | | |
| 15072579 | Sagebrush Boutique | c/o The Leviton Law Firm, LTD | One Pierce Place, Suite 725W | Itasca, IL 60143 | |
| 15072580 | Seema Moorjani | 11881 Cypress Valley Dr. | San Diego, CA 92131 | | |
| 15072581 | Spellbound | c/o Kanee Matloub 2275 Alsacia Ct. | San Diego, CA 92139–2128 | | |
| 15072582 | Square Financial Services, Inc. | 1455 Market Street | San Francisco, CA 94103 | | |
| 15072583 | Stacie Byrne | 1388 Corte Bagalso | San Marcos, CA 92069 | | |
| 15072584 | Sunny Chism | 1388 Corte Bagalso | San Marcos, CA 92069 | | |
| 15072585 | Tierrasanta Town Center, LLC | 4695 MacArthur Court, Suite 700 | Newport Beach, CA 92660 | | |
| 15072586 | Valerie Kuzma | 2940 Segovia Way | Carlsbad, CA 92009 | | |

TOTAL: 47