Certificate Number: 14912-CAS-DE-038266646

Bankruptcy Case Number: 24-00532



14912-CAS-DE-038266646

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 10, 2024, at 4:11 o'clock PM EDT, Kanee Matloub completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date: March 11, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor